MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Tel: (510) 637-6380
Fax: (510 637-3724
E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KENNETH NGUYEN HAI LE, <br> Defendant. | CR 10-00731 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME |

The defendant, Kenneth Nguyen Hai Le, and the government together respectfully stipulate as follows:

1. A status conference is currently scheduled in this matter on December 21, 2011 at 10:00 a.m. The purpose of the status conference is advise the Court as to the status of a potential disposition of the case;

2. The parties hereby advise the Court that the parties are continuing to confer over a potential disposition and believe that a disposition will be reached at the next Court appearance;

3. According to a Petition for Arrest Warrant filed by U.S. Pretrial Services in this case [Docket #84], defendant was arrested on November 30, 2011, and is currently in custody

1 | at Santa Clara County Jail.
2 | 4. The attorney for the government learned of defendant's arrest on December 2, 2011,
3 | when the petition was filed. The attorney for the government filed a Petition for Writ of
4 | Habeas Corpus Ad Prosequendum on December 8, 2011, requesting defendant's presence
5 | for the December 21, 2011, appearance in this Court.
6 | 5. A representative for the U.S. Marshals Service informed the attorney for the government
7 | on December 18, 2011, that the defendant could not be produced in time for the
8 | scheduled December 21, 2011, appearance.

Accordingly, the parties request a continuance of the status conference to enable the attorney for the government to seek a new Writ of Habeas Corpus Ad Prosequendum and to allow the counsel for the defense to discuss the final disposition with the defendant. To ensure enough time for the writ to be executed, the parties request that the Court set the matter for change of plea or status conference on January 18, 2012, at 10:00 a.m. The parties jointly request that the Court exclude the period of time between December 21, 2011, and January 18, 2012, under the Speedy Trial Act based on the unavailability of the defendant, whose presence could not be obtained despite the government's due diligence and for effective preparation of counsel *See* 18 U.S.C. §§ 3161(h)(3)(A) and (B), (7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: December 20, 2011     _____/s/_____
                              THOMAS FERRITO
                              Counsel for Defendant

Dated: December 20, 2011     MELINDA HAAG
                              United States Attorney


                              _____/s/_____
                              MICHELLE J. KANE
                              Assistant United States Attorney

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court finds that, taking into the account the public interest in the prompt disposition of |
| 3 | criminal cases, granting the continuance until January 18, 2012, is necessary due to the |
| 4 | unavailability of the defendant and for effective preparation of defense counsel. *See* 18 U.S.C. §§ |
| 5 | 3161(h)(3)(A) and (B), (7)(A) and (B)(iv). Given these circumstances, the Court finds that the |
| 6 | ends of justice served by excluding the period from December 21, 2011, to January 18, 2012 |
| 7 | outweigh the best interest of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A). |

# ORDER

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until January 18, 2012, is necessary due to the unavailability of the defendant and for effective preparation of defense counsel. *See* 18 U.S.C. §§ 3161(h)(3)(A) and (B), (7)(A) and (B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 21, 2011, to January 18, 2012 outweigh the best interest of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on January 18, 2012, at 10:00 a.m. and (2) orders that the period from December 21, 2011, to January 18, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(3)(A) and (B), (7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 12/21, 2011

LUCY H. KOH
United States District Judge