Thomas J. Nolan, SBN 48413
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile
tnolan@nablaw.com

Attorneys for Defendant
John Quoc Le

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 10-00731-LHK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION REQUESTING CONTINUANCE OF SENTENCING OF DEFENDANT JOHN QUOC LE; [PROPOSED] ORDER** |
| JOHN QUOC LE, ET AL., | |
| Defendants. | |

Defendant JOHN QUOC LE and Plaintiff UNITED STATES OF AMERICA, by and through their respective counsel, hereby stipulate and agree that, with the Court's approval, Mr. Le's sentencing hearing, currently set for Wednesday, March 14, 2012 at 10:00 a.m., shall be moved to Wednesday, June 6, 2011 at 10:00 a.m. The continuance is necessary in order for the parties to adequately prepare for the sentencing hearing.

IT IS SO STIPULATED.

Dated: February 8, 2012  NOLAN, ARMSTRONG & BARTON LLP


By  */s/ Thomas J. Nolan*
    Thomas J. Nolan
    Attorneys for Defendant
    JOHN QUOC LE

STIPULATION REQUESTING CONTINUANCE OF SENTENCING
OF DEFENDANT JOHN QUOC LE; [PROPOSED] ORDER                    CR 10-00731-LHK

Dated: February 7, 2012            UNITED STATES ATTORNEY'S OFFICE

By  */s/ Michelle Justine Kane*
    Michelle Justine Kane
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

## **ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Michelle Kane has concurred with this filing.

## **[PROPOSED] ORDER CONTINUING SENTENCING HEARING**

GOOD CAUSE APPEARING, and upon stipulation of defendant Le and the United States, IT IS HEREBY ORDERED that Mr. Le's sentencing hearing, currently set for Wednesday, March 14, 2012 at 10:00 a.m., shall be continued to Wednesday, June 6, 2011 at 10:00 a.m.

**IT IS SO ORDERED**

Dated: February __9__, 2012        *Lucy H. Koh*
                                                  HON. LUCY H. KOH
                                                  United States District Court Judge