1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4
   Attorneys for Defendant
5  **HAI MANH HOANG**

6

7                       UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,       )   NO: 10-00731 LHK
10                                 )
            Plaintiff,              )
11                                 )   ORDER OF CONTINUANCE OF
       vs.                          )   STATUS CONFERENCE  (as modified)
12                                 )
   HAI MANH HOANG,                 )
13                                 )
            Defendant.              )
14 _____)

15      Accordingly, for good cause shown,

16      The court HEREBY ORDERS that the status appearance scheduled for March 14, 2012 at

17 10:00 a.m., is continued to April 18, 2012 at ~~10~~:00 a.m.. [9:00]

18       THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

19 March 14, 2012 to April 18, 2012.  The court finds, based on the aforementioned reasons, that the

20 ends of justice is served by granting the requested continuance outweigh the best interest of the

21 public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny

22 defense counsel reasonable time necessary for effective preparation, taking into account the exercise

23 of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that

24 this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

25      SO ORDERED.

26 Dated: March  13 , 2012                          _____
                                                    LUCY H. KOH
27 Excludable time finding is also based            United States District Judge
28 on defendant's need for continuity of counsel.

   _____
   Stipulation and (~~Proposed~~ Order for
   Continuance of Status Hearing              3