```
1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Criminal Chief

4   MICHELLE J. KANE (CABN 210579)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Tel: (510) 637-6380
7       Fax: (510 637-3724
        E-Mail: michelle.kane3@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 10-00731 LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FROM MARCH 14, 2012 TO APRIL 4, 2012. |
| v. | ) | |
| DUNG QUOC VO, | ) | |
| Defendant. | ) | |

The defendant, Dung Quoc Vo, and the government together respectfully stipulate as follows:

1. A status conference or change of plea hearing in this matter is currently set for March 14, 2012;

2. The parties are conferring over a potential disposition. Additional facts regarding the case have come to light since the last status conference and require additional investigation by the government and the defense.

In order to provide time for this investigation, the parties request that the Court set the matter for change of plea or status conference on April 4, 2012, at 9:00 a.m. The parties jointly request that the Court exclude the period of time between March 14, 2012, and April 4, 2012, under the

//

STIPULATION AND ~~PROPOSED~~ ORDER
RE SPEEDY TRIAL ACT

Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: March 13, 2012                         GEOFFREY A. HANSEN
                                              Acting Federal Public Defender


                                              _____/s/_____
                                              VARELL FULLER
                                              Counsel for Defendant


Dated: March 13, 2012                         MELINDA HAAG
                                              United States Attorney


                                              _____/s/_____
                                              MICHELLE J. KANE
                                              Assistant United States Attorney


## ORDER

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until April 4, 2012, is necessary for effective preparation of govt counsel and of defense counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 13, 2012, through April 4, 2012 outweigh the best interest of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on April 4,

//

1  2012, at 9:00 a.m. and (2) orders that the period from March 14, 2012, through April 4, 2012, be
2  excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3  IT IS SO ORDERED.

5  Dated:  3/13  , 2012

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge