MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Tel: (510) 637-6380
   Fax: (510 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 10-00731 LHK |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER DOCUMENTING EXCLUSION ) OF TIME UNDER SPEEDY TRIAL ACT |
| DUNG QUOC VO, | ) FROM APRIL 4, 2012, TO APRIL 11, ) 2012. |
| Defendant. | ) |

The defendant, Dung Quoc Vo, and the government together respectfully stipulate as follows:

1. A status conference or change of plea hearing in this matter is currently set for April 4, 2012;

2. The parties are conferring over a potential disposition. Additional facts regarding the case have come to light since the last status conference and required additional investigation by the government and the defense. Despite diligence by both parties, the investigation will require additional time;

In order to provide time for this investigation, the parties request that the Court set the matter for change of plea or status conference on April 11, 2012, at 9:00 a.m. The parties jointly request that the Court exclude the period of time between April 4, 2012, and April 11, 2012, under the

STIPULATION AND PROPOSED ORDER
RE SPEEDY TRIAL ACT

Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: April 3, 2012					GEOFFREY A. HANSEN
							Acting Federal Public Defender


							/s/
							―――――――――――――――――
							VARELL FULLER
							Counsel for Defendant


Dated: April 3, 2012					MELINDA HAAG
							United States Attorney


							/s/
							―――――――――――――――――
							MICHELLE J. KANE
							Assistant United States Attorney


## ORDER

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until April 11, 2012, is necessary for effective preparation of defense counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 4, 2012, through April 11, 2012, outweigh the best interest of the public and the defendant in a speedy trial. *Id*. § 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on April 11,

//

1  2012, at 9:00 a.m. and (2) orders that the period from April 4, 2012, through April 11, 2012, be
2  excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3  IT IS SO ORDERED.

5  Dated: ___4/3___, 2012

LUCY H. KOH
United States District Judge