1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Tel: (510) 637-6380
7      Fax: (510 637-3724
       E-Mail: michelle.kane3@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00731 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND DOCUMENTING |
| ) | EXCLUSION OF TIME. |
| HAI MANH HOANG, ) | |
| ) | |
| Defendant. ) | |

The defendant, Hai Manh Hoang, and the government together respectfully stipulate as follows:

1. A change of plea or status conference is currently scheduled in this matter on April 18, 2012, at 9:00 a.m.;

2. The parties hereby advise the Court that the parties are continuing to confer over a potential disposition. Additional facts have come to light during that discussion that require further inquiry by counsel for defendant Hoang.

Accordingly, the parties request a continuance of the status conference to enable counsel to further investigate. The parties therefore request that the Court set the matter for change of plea or status conference on May 9, 2012, at 9:00 a.m. The parties jointly request that the Court

STIPULATION AND [PROPOSED] ORDER

exclude the period of time between April 18, 2012, and May 9, 2012, under the Speedy Trial Act calculation for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: April 17, 2012
      /s/
RICHARD POINTER
Counsel for Defendant

Dated: April 17, 2012
MELINDA HAAG
United States Attorney

      /s/
MICHELLE J. KANE
Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 18, 2012, and May 9, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 18, 2012, and May 9, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 18, 2012, and May 9, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __4/17__, 2012
*Lucy H. Koh*
LUCY H. KOH
United States District Judge