MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Tel: (510) 637-6380
    Fax: (510 637-3724
    E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAI MANH HOANG, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 10-00731 LHK <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME. |

The defendant, Hai Manh Hoang, and the government together respectfully stipulate as follows:

1. A change of plea or status conference is currently scheduled in this matter on May 9, 2012, at 9:00 a.m.;

2. The parties hereby advise the Court that the parties are continuing to confer over the disposition of the matter. Additional facts have come to light during that discussion that require further inquiry by counsel for defendant Hoang. Counsel for defendant Hoang has also been involved in a significant trial;

3. The Court is not available May 16, 2012, or May 23, 2012.

Accordingly, the parties request that the Court set the matter for change of plea May 30,

STIPULATION AND [PROPOSED] ORDER

1 2012, to enable continuity of defense counsel and to allow defense counsel to finish the necessary
2 investigation. The parties therefore request that the Court set the matter for change of plea or
3 status conference on May 30, 2012, at 9:00 a.m. The parties jointly request that the Court exclude
4 the period of time between May 9, 2012, and May 30, 2012, under the Speedy Trial Act
5 calculation for continuity of counsel and effective preparation of counsel, taking into account the
6 exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
7 IT IS SO STIPULATED.

Dated: May 8, 2012 /s/
RICHARD POINTER
Counsel for Defendant

Dated: May 8, 2012 MELINDA HAAG
United States Attorney

/s/
MICHELLE J. KANE
Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 9, 2012, and May 30, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 9, 2012, and May 30, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 9, 2012, and May 30, 2012, shall be excluded

//

1 | from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and the
2 | matter is set for change of plea May 30, 2012, at 9:00 a.m.
3 | IT IS SO ORDERED.

Dated: 5/9 , 2012

_____
LUCY H. KOH
United States District Judge