1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney

**Filed**

5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Tel: (510) 637-6380

MAY 2 2 2012

7  Fax: (510 637-3724
   E-Mail: michelle.kane3@usdoj.gov

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8
   Attorneys for Plaintiff
9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )    CR 10-00731 LHK    AMENDED
14                                   )
            Plaintiff,               )    STIPULATION AND [PROPOSED] e
15                                   )    ORDER CONTINUING STATUS
        v.                           )    CONFERENCE AND DOCUMENTING
16                                   )    EXCLUSION OF TIME.
   HIEU KHAC NGUYEN,                 )
17                                   )
            Defendant.               )
18  _____)

19       The defendant, Hieu Khac Nguyen, and the government together respectfully stipulate as

20  follows:

21       1.  A change of plea or trial setting conference is currently scheduled in this matter on May

22           23, 2012, at 9:00 a.m.;

23       2.  The parties hereby advise the Court that the parties are continuing to confer over the

24           disposition of the matter. Additional facts have come to light during that discussion that

25           required additional investigation by both sides and resulted in additional discovery

26           produced by the government;

27       3.  Counsel for the government will be unavailable May 30, or June 6, 2012.

28       Accordingly, the parties request that the Court set the matter for change of plea June 13,

STIPULATION AND [PROPOSED] ORDER

1   2012, to allow defense counsel to finish the necessary investigation. The parties jointly request

2   that the Court exclude the period of time between May 23, 2012, and June 13, 2012, under the

3   Speedy Trial Act calculation for continuity of counsel and effective preparation of counsel,

4   taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5   IT IS SO STIPULATED.

6

7   Dated: May 22, 2012                                    _____/s/_____
                                                           WENDY KIM
8                                                          Counsel for Defendant

9

10  Dated: May 22, 2012                                    MELINDA HAAG
                                                           United States Attorney
11

12
                                                           _____/s/_____
13                                                         MICHELLE J. KANE
                                                           Assistant United States Attorney
14

15

16                              AMENDED ORDER

17          Based upon the representation of counsel and for good cause shown, the Court finds that

18  failing to exclude the time between May 23, 2012, and June 13, 2012, would unreasonably deny
                government
19  the ~~defendant~~ continuity of counsel and would deny counsel the reasonable time necessary for

20  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

21  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

22  between May 23, 2012, and June 13, 2012, from computation under the Speedy Trial Act

23  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

24  HEREBY ORDERED that the time between May 23, 2012, and June 13, 2012, shall be excluded

25  //

26

27

28

AMENDED
STIPULATION AND [~~PROPOSED~~] ORDER          2

1 from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and the

2 matter is set for change of plea June 13, 2012, at 9:00 a.m.

3 IT IS SO ORDERED.

4

5 Dated: 5/22 , 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED

STIPULATION AND [PROPOSED] ORDER          3