1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Tel: (510) 637-6380
7    Fax: (510 637-3724
     E-Mail: michelle.kane3@usdoj.gov
8
   Attorneys for Plaintiff
9

**Filed**

JUN 1 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )    CR 10-00731 LHK
14                                   )
             Plaintiff,              )    STIPULATION AND [PROPOSED]
15                                   )    ORDER CONTINUING STATUS
        v.                           )    CONFERENCE AND DOCUMENTING
16                                   )    EXCLUSION OF TIME.
   HIEU KHAC NGUYEN,                 )
17                                   )
             Defendant.              )
18   _____)

19      The defendant, Hieu Khac Nguyen, and the government together respectfully stipulate as

20   follows:

21      1.  A change of plea or trial setting conference is currently scheduled in this matter on June

22          13, 2012, at 9:00 a.m.;

23      2.  The parties hereby advise the Court that the parties are continuing to confer over the

24          disposition of the matter. Additional facts have come to light during that discussion that

25          required additional investigation that counsel for defendant is still conducting.

26      3.  Counsel for the government will be in trial and unavailable June 20, 2012.

27      Accordingly, the parties request that the Court set the matter for change of plea July 11, 2012,

28   to allow defense counsel to finish the necessary investigation. The parties jointly request that the

STIPULATION AND [PROPOSED] ORDER

1  Court exclude the period of time between June 13, 2012, and July 11, 2012, under the Speedy

2  Trial Act calculation for continuity of counsel and effective preparation of counsel, taking into

3  account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4  IT IS SO STIPULATED.

5

6  Dated: June 12, 2012                                    /s/
                                                    _____
                                                    WENDY KIM
7                                                   Counsel for Defendant

8

9  Dated: June 12, 2012                            MELINDA HAAG
                                                    United States Attorney
10

11
                                                          /s/
                                                    _____
12                                                  MICHELLE J. KANE
                                                    Assistant United States Attorney
13

14

15                                  ORDER

16      Based upon the representation of counsel and for good cause shown, the Court finds that

17  failing to exclude the time between June 13, 2012, and July 11, 2012, would unreasonably deny

18  the defendant continuity of counsel and would deny counsel the reasonable time necessary for

19  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

20  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

21  between June 13, 2012, and July 11, 2012, from computation under the Speedy Trial Act

22  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

23  HEREBY ORDERED that the time between June 13, 2012, and July 11, 2012, shall be excluded

24  //

25

26

27

28

1  from computation under the Speedy Trial Act, ⟨pursuant to⟩ 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and the

2  matter is set for change of plea July 11, 2012, at 9:00 a.m.

3  IT IS SO ORDERED.

4

5  Dated: ___6/13___, 2012                    *Lucy H Koh*

6                                             LUCY H. KOH
                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER            3