JOHNSON & KIM
900 Lafayette Street Suite 705
Santa Clara, California 95050-4812
(408) 984-8555

Wendy Q.W. Kim (SBN 68195)

Attorney for Defendant

Filed
OCT 1 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HIEU KHAC NGUYEN<br><br>Defendant. | CR 10-00731 LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SENTENCING HEARING |

The defendant Hieu Khac Nguyen, and the government together respectfully stipulate as follows:

1. A sentencing hearing is currently scheduled in this matter on November 7, 2012 at 9:00 ~~10:00~~ a.m.;

2. Counsel for defendant will be unavailable on November 7, 2012;

3. The parties request that the Court set the matter for sentencing on December 5, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

Dated 10/12/12                                          /s/
                                              WENDY Q.W. KIM
                                              Counsel for Defendant


Dated 10/12/12                                          /s/
                                              MICHELLE J. KANE
                                              Assistant United States Attorney

ORDER

Based upon the representation of counsel and for good cause shown, the sentencing hearing in the above-entitled case is continued to December 5, 2012 at 9:00 a.m. ~~10:00 p.m.~~

IT IS SO ORDERED.

Dated 10/15/12                                *Lucy H. Koh*
                                              LUCY H. KOH
                                              United States District Judge